UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
DANIELS INVEST GMBH,

                         Plaintiff,                                          **NOTICE OF INITIAL
                                                                             COURT CONFERENCE**

         - against -                                                         26 Civ. 3539 (ER)


THE PROVINCE OF BUENOS AIRES,

                         Defendant.
--------------------------------------------------------------X


        THIS MATTER HAS BEEN SCHEDULED FOR AN INITIAL CASE MANAGEMENT
AND SCHEDULING CONFERENCE, pursuant to Fed. R. Civ. P. 16, **September 9, 2026, at
10:00 a.m. by telephone**.  The parties are instructed to call (855) 244-8681; enter access code
2301 087 7354#; and enter # again when asked to enter the attendee ID number.  The parties are
further instructed to join the call five (5) minutes prior to the conference's start time.

        **Plaintiff, or counsel for plaintiff shall notify all parties in writing and provide all
parties with a copy of this notice and the attached civil case discovery plan and scheduling
order, unless the case has been removed from state court, in which event counsel for the
removing defendant shall provide such notice to all parties.**

        At the conference, counsel will be expected to provide a brief oral status report outlining
the nature of the dispute(s) requiring adjudication and setting forth the factual and legal bases for
the claims and defenses.  Subject matter jurisdiction will be considered, as well as all matters
related to case management.

        In cases where Fed. R. Civ. P. 26(f) applies, counsel shall confer at least twenty-one (21)
days prior to the conference date and attempt in good faith to agree upon a proposed discovery
plan that will ensure trial readiness within six (6) months of the conference date.  Please
complete the attached Civil Case Discovery Plan and Scheduling Order and file it on ECF prior
to the conference.  After hearing from counsel, the Court will consider whether to grant a longer
period only for good cause shown.

Dated: July 24, 2026
        New York, New York


                                                  /s/Jazmin Trotman
                                                  Jazmin Trotman, Courtroom Deputy
                                                  to the Hon. Edgardo Ramos